CHEMICAL BANK AND TRUST COMPANY, as Trustee under Trust Indentures Executed by MARY A. OTT, Deceased, Appellant and Respondent, *v.* MARGARET K. OTT, Individually and as Executrix of HENRY L. OTT, Deceased, et al., Respondents and Appellants; CHEMICAL BANK AND TRUST COMPANY, as Administrator with the Will Annexed of MARY A. OTT, Deceased, et al., Respondents, Impleaded with Another.

Argued April 29, 1937; decided June 1, 1937.

Alfred McCormack, Carl A. de Gersdorff and George B. Turner for plaintiff, appellant and respondent.

Thomas B. Gilchrist, Henry W. Taft and Catherine Noyes Lee for Alfred W. Ott et al., defendants, respondents and appellants.

James Madison Blackwell for infant defendants, respondents and appellants.

Philip W. Lowry for Margaret K. Ott, defendant, respondent and appellant.

Paul A. Crouch and Joseph F. Mann for Edith M. O. Meixner et al., defendants, respondents and appellants.

Judgment of the Appellate Division modified by reversing the provision thereof which charges the trustee with negligence for failure to sell stocks before it did and with interest on the Federal estate taxes, and as so modified affirmed, without costs, on the ground that under the peculiar facts of this case the trustee was not negligent in the exercise of its judgment. No opinion. (See 274 N. Y. 636.)

Concur: O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. CRANE, Ch. J., and LEHMAN, J., dissent and vote to affirm the decision of the referee.